UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES, | |
| Plaintiff, | No. C 09-3016 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |
| JAMES LYNN O'HINES, | No. C 09-3017 PJH (PR) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| SHASTA COUNTY, et al., | |
| Defendants. / | |
| JAMES LYNN O'HINES, | No. C 09-3018 PJH (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| HENDERSON, et al., | |
| Defendants. / | |
| JAMES LYNN O'HINES, | |
| Plaintiff, | No. C 09-3019 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| CORRECTIONAL OFFICERS, et al., | |
| Defendants. / | |

United States District Court
For the Northern District of California

|  |  |
|---|---|
| JAMES LYNN O'HINES,<br><br>        Plaintiff,<br><br>  vs.<br><br>LITTLETON, et al.,<br><br>        Defendants.<br>_____ / | No. C 09-3066 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>        Plaintiff,<br><br>  vs.<br><br>JEFF FREELAND, Warden,<br><br>        Defendant.<br>_____ / | C 09-3067 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

These are civil rights cases filed pro se by a prisoner housed in Florence, Arizona. On the day the cases were opened the clerk informed him that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). Plaintiff was informed that if he did not either pay the fees or file IFP applications within thirty days the cases would be dismissed. Plaintiff has not responded. These cases therefore are **DISMISSED** without prejudice. The clerk shall close these files.

**IT IS SO ORDERED.**

Dated: August 25, 2009.

                                              PHYLLIS J. HAMILTON<br>                                            United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES3016.DSM-IFP.wpd